AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FILED

___EASTERN___ DISTRICT OF___VIRGINIA___

NORFOLK DIVISION

SEP – 6 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**Charles Claude Ramsey**,

Petitioner,

v.                                                      Case Number: 2:11cv00396

**Kimberly H. Runion**
*Director of the Virginia Center for Behavioral Rehabilitation*
Respondents,

## JUDGMENT IN A CIVIL CASE

**Decision by Court:**  This action came on for decision before the Court.
The issues have been decided and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition (ECF No. 10) be DENIED AND
DISMISSED WITH PREJUDICE for the reasons stated in the Report and modified herein.
Respondent's Motion to Dismiss (ECF No. 16) shall be GRANTED, and judgment shall be
entered in favor of Respondent. It is further ORDERED that Respondent's Motion to Alter or
Amend Judgment (ECF No. 26) be DENIED, Respondent's Motion to Amend Her Objection
(ECF No. 28) be GRANTED, and Petitioner's Motion to Appoint Counsel (ECF No. 27) be
DENIED. Petitioner may appeal from the judgment entered pursuant to this Opinion and Final
Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse,
600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of
judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a
constitutional right." 2 8 U.S.C. § 2253(c)(2). Therefore, the court, pursuant to Rule 22(b) of the
Federal Rules of Civil Procedure, declines to issue a certificate of appealability, and it is hereby
ORDERED that Petitioner's Motion for Issuance of a Certificate of Appealability (ECF No. 27)
be DENIED. See Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).

September 6, 2012                                FERNANDO GALINDO, CLERK
     Date

                                             By:_____/s/_____
                                                  Lara Dabbene, Deputy Clerk